CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| River Richards, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 7:25-cv-00586 |
| ) | |
| Commonwealth, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

Petitioner River Richards, a pretrial detainee proceeding *pro se*, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Dkt. 1.)   He contends that he is being wrongfully detained at Southwest Virginia Regional Jail after the judge in his pending criminal proceeding denied a motion to dismiss the charges against him.  He states that he has not appealed this ruling because "this habeas corpus is my appeal."  (*Id.* at 3.)

Federal courts cannot consider habeas petitions until the claims asserted have been exhausted.  *See Brown v. Keohane*, 475 F. Supp. 943, 944 (E.D. Va. 1979).   Exhaustion requires that the issue be presented to the state's highest court and considered on the merits.  *O'Sullivan v. Boerckel*, 526 U.S. 838, 842–45 (1999).  "Put another way, Petitioner cannot directly seek federal court review of a state prison administrative grievance—as a matter of federal law, and based on principles of federalism and comity—without going through the state court system." *Urias v. Soto*, No. CV 15-772, 2015 WL 3901653, at *2 (C.D. Cal. June 18, 2015).

Richards' Petition states that he has not exhausted any state court remedies, specifying that he neither appealed nor pursued any state court post-conviction proceedings prior to submitting this federal habeas action. (Dkt. 1 at 3–4.)[1] Therefore, at this time, Richards' claims are unexhausted and premature for this court's consideration. His claims must be dismissed without prejudice, preserving his right to refile in federal court after state court exhaustion is complete. *Brown*, 475 F. Supp. at 944.

For this reason, the court **DISMISSES** this action without prejudice. The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to Richards.

**ENTERED** this 12th day of September, 2025.

*[signature: Jasmine H. Yoon]*

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE

---

[1] Rivers does reference a purported "appeal" of the Scott County Circuit Court's ruling to the same Circuit Court. (Dkt. 1 at 5.) However, this does not evidence an appeal to the highest state court level or a state court habeas action as is required for exhaustion. According to the Virginia Courts Case Information website, Richards' case is pending, he has been denied bail, and the case is set for a trial in October. *See* https://eapps.courts.state.va.us/CJISWeb/CaseDetail.do (enter Case No. CR25000269-00, then click "Case Number Inquiry"; do the same with Case No. CR25000270-00).